```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 05 B 17077
   MARLON C DANIELS JR
   LAVIDA D DAVIS                            CHAPTER 13

                                             JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-6191    SSN XXX-XX-6718

--------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
       The case was filed on 04/29/2005 and was confirmed 08/01/2005.

       The plan was confirmed to pay secured creditors 100% and unsecured
    creditors  11.00%.

       The case was dismissed after confirmation 06/02/2008.
--------------------------------------------------------------------------
CREDITOR NAME             CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
--------------------------------------------------------------------------
COUNTRYWIDE HOME LOANS ^  CURRENT MORTG         .00            .00            .00
COUNTRYWIDE HOME LOANS ^  MORTGAGE ARRE     3594.45            .00        3594.45
FISHER & SHAPIRO          NOTICE ONLY      NOT FILED           .00            .00
WILSHIRE CREDIT CORP      CURRENT MORTG         .00            .00            .00
AMERICAN GENERAL FINANCE  SECURED NOT I         .00            .00            .00
AMERICAN GENERAL FINANCE  UNSECURED         4255.07            .00            .00
CAPITAL ONE AUTO FINANCE  SECURED          19608.60        2689.87       10273.09
CAPITAL ONE AUTO FINANCE  UNSECURED        NOT FILED           .00            .00
COOK COUNTY TREASURER     SECURED               .00            .00            .00
INTERNAL REVENUE SERVICE  PRIORITY          584.80            .00            .00
CAPITAL ONE               UNSECURED         707.85            .00            .00
ASC                       NOTICE ONLY      NOT FILED           .00            .00
WORLD FINANCIAL NETWORK   UNSECURED         913.59            .00            .00
VAN RU CREDIT CORP        NOTICE ONLY      NOT FILED           .00            .00
CHECK N GO                UNSECURED        NOT FILED           .00            .00
RISCUITY                  NOTICE ONLY      NOT FILED           .00            .00
CHECK'N GO                UNSECURED         425.00            .00            .00
RISCUITY                  NOTICE ONLY      NOT FILED           .00            .00
CHECK N GO                UNSECURED        NOT FILED           .00            .00
RISCUITY                  NOTICE ONLY      NOT FILED           .00            .00
CHECK N GO                UNSECURED        NOT FILED           .00            .00
RISCUITY                  NOTICE ONLY      NOT FILED           .00            .00
CHECK N GO                UNSECURED        NOT FILED           .00            .00
AT & T WIRELESS           UNSECURED        1041.78            .00            .00
FINANCIAL ASSET MANAGEME  NOTICE ONLY      NOT FILED           .00            .00
FILLMORE CENTER FOR HUMA  UNSECURED        NOT FILED           .00            .00
FILLMORE CENTER FOR HUMA  UNSECURED        NOT FILED           .00            .00
1ST FINANCIAL BANK        UNSECURED        6538.35            .00            .00
GREAT AMERICAN FINANCE    UNSECURED        NOT FILED           .00            .00
HELLER & FRISONE          NOTICE ONLY      NOT FILED           .00            .00
ISAC                      UNSECURED             .00            .00            .00
MCI                       UNSECURED         179.56            .00            .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 05 B 17077 MARLON C DANIELS JR & LAVIDA D DAVIS
```

```
MCI                      NOTICE ONLY    NOT FILED              .00           .00
TARGET NATIONAL BANK     UNSECURED         730.38              .00           .00
NCO FINANCIAL SYSTEMS    NOTICE ONLY    NOT FILED              .00           .00
TCF NATIONAL BANK        UNSECURED      NOT FILED              .00           .00
PROFFESSIONAL ACCOUNT MG NOTICE ONLY    NOT FILED              .00           .00
US ATTORNEYS OFFICE      NOTICE ONLY    NOT FILED              .00           .00
US DEPT OF EDUCATION     UNSECURED            .00              .00           .00
COOK COUNTY TREASURER    UNSECURED      NOT FILED              .00           .00
AMERICAN EXPRESS TRAVEL  UNSECURED         3136.06             .00           .00
INTERNAL REVENUE SERVICE UNSECURED          262.54             .00           .00
WILSHIRE CREDIT CORP     MORTGAGE ARRE    579.60               .00        579.60
RESURGENT CAPITAL SERVIC UNSECURED          477.02             .00           .00
STUART B HANDELMAN       DEBTOR ATTY     1,339.25                       1,339.25
TOM VAUGHN               TRUSTEE                                          984.74
DEBTOR REFUND            REFUND                                              .00

        Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                 19,461.00

PRIORITY                                               .00
SECURED                                          14,447.14
    INTEREST                                      2,689.87
UNSECURED                                              .00
ADMINISTRATIVE                                    1,339.25
TRUSTEE COMPENSATION                                984.74
DEBTOR REFUND                                          .00
                        ---------------        ---------------
TOTALS                  19,461.00               19,461.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
     Dated: 09/24/08                _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE